IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington corporation<br><br>　　　　　　Plaintiff<br><br>v.<br><br>GREEN POINT PARTNERS, INC.<br>a Nevada corporation, d/b/a<br>Technology Recycling Services;<br>DISCOUNT PC, a Texas general<br>partnership; JAMES R. MARTZALL;<br>and MARVIN THOMAS<br><br>　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    No. SA-11-CA-235 |

## ORDER OF DISMISSAL

On this day came on to be considered the joint motion of the Plaintiff and the Defendants to dismiss the above cause with prejudice. The Court finds that the parties have compromised and settled their differences, and that the case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the joint motion to dismiss (Docket No. 35) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that the above cause be, and it is hereby, DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the Permanent Injunction previously entered herein as well

as the settlement agreement among the parties and consent judgment.

SIGNED AND ENTERED this 2nd day of February, 2012.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE